Name: Berry Jack

Prison Number: 516194

Place of confinement: Anchorage Correctional complex West

Mailing address: 1300 East 4 AV

City, State, Zip: Anchorage, Alaska 99501

Telephone:

RECEIVED

MAR 1 9 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

Berry Jack,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

governor Sarah Palin,

Debbie Miller,

,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3:08-CV-00044 TMB
(To be supplied by Court)

PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

**A. Jurisdiction** Alaska

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3).

**B. Parties**

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of Berry Jack,
(print your name)
who presently resides at 1300 East 4 AV, Anchorage, AK, were
(mailing address or place of confinement)
violated by the actions of the below named individual(s).

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Sarah Palin_____, is a citizen of
_____(name)
__Alaska_____, and is employed as a __governor_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Debbie Miller_____, is a citizen of
                              (name)
__Alaska_____, and is employed as __Superintendent_____.
(state)                                    (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____, is a citizen of
                              (name)
_____, and is employed as a _____.
(state)                                    (defendant's government position/title)

_____ This defendant **personally participated** in causing my injury, and I want **money damages**.

OR

_____ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, " Claim 4," "Claim 5, etc.").

Claim 1: On or about __12-03-07__, my civil right to __medical care__
              (Date)                       (Right to medical care, access to courts, due process,

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words**. DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

From 11-28-07 to 12-02-07 I was Raped And Beaten at Anchorage Correctionational Complex West, Anchorage Sexual Assualt Response Team And Alaska State Troopers informed the Dept. of Corrections that I needed extensive therapy, but when I Asked for it I was told no. I even had one mental health worker state "Everyone needs A big stiff dick stuck up inside of them from time to time." Many request for therapy was made to the Dept of Corrections. All denied. My Attacker on Feb 28-2008 was indicted on Almost 30 counts. by A grand Jury.

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment?** _X_ Yes ____ No

2. If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s): Berry Leorus Jack

Defendant(s): State of CA, SSI

Name and location of court: U.S. District of Alaska

Docket number: _____ Name of judge: Sedwick

Approximate date case was filed: 4-07 Date of final decision: dismissed

Disposition: ____ Dismissed  _X_ Appealed  ____ Still pending

Issues Raised: _____

b. <u>Lawsuit 2</u>:

Plaintiff(s): _____

Defendant(s): _____

Name and location of court: _____

Docket number: _____ Name of judge: _____

Approximate date case was filed:_____ Date of final decision:_____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

_____

_____

_____

3. Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____ Yes __X__ No   If your answer is "Yes," describe each lawsuit.

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ____ failed to state a claim

d. Issue(s) raised:_____

_____

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: ____ frivolous, ____ malicious and/or ____ failed to state a claim

d. Issue(s) raised:_____

_____

Prisoner § 1983
Form Effect. 2/05

e. Approximate date case was filed:_____ Date of final decision:_____

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a. Defendant(s):_____

b. Name of federal court _____ Case number: _____

c. The case was dismissed as: _____ frivolous, _____ malicious and/or _____ failed to state a claim

d. Issue(s) raised:_____
_____

e. Approximate date case was filed:_____ Date of final decision:_____

4. **Are you in imminent danger of serious physical injury?** _____ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:
_____
_____
_____

**E. Exhaustion of Administrative Remedies**

***REMINDER***
You must exhaust your administrative remedies before your claim can go forward.
THE COURT MAY DISMISS ANY UNEXHAUSTED CLAIMS.

1. Present place of confinement: Anchorage Correctional Complex West

2. Is there a grievance procedure at this institution? __X__ Yes _____ No

3. If yes, did you present the facts in your complaint for review through the grievance procedure?

_____ Yes __X__ No

a. If your answer is "No," explain why not: Not proper Subject

Prisoner § 1983
Form Effect. 2/05

_____

_____

b. If your answer is "Yes," what steps did you take? _____

_____

_____

_____

c. Is the grievance procedure complete? _____ Yes _____ No

If your answer is "Yes," **ATTACH A COPY OF THE <u>FINAL</u> GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ __10 million__

2. Punitive damages in the amount of $ __10 million__

3. An order requiring defendant(s) to __grant A governors Pardon provide theapy__

_____

4. A declaration that _____

_____

_____

5. Other: _____

_____

Plaintiff demands a trial by jury. _____ Yes __✗__ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at **Anchorage, Alaska** on **10 March 2008**
                (Location)                          (Date)

**Benny Jack**
(Plaintiff's Signature)

_____     _____
Original Signature of Attorney (if any)                   (Date)

_____
_____
_____
Attorney's Address and Telephone Number

Prisoner § 1983
Form Effect. 2/05

Berry Jack 516194
Anchorage Correctional Complex West
1300 East 4th Ave
Anchorage, AK 99501

United States District Court
District of Alaska
222 West 7 Av
Box 4
Anchorage, Alaska
99513-7564

